UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, JR., | No. 2:23-cv-1130 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL E. CUEVA, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file a third amended complaint pursuant to the court's order of February 9, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted up to and including May 31, 2024, to file a third amended complaint. Failure to file third amended complaint by that date will result in a recommendation that this action be dismissed.

Dated: April 24, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
deeg1130.36sec