1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SIDNEY ROSS DEEGAN, JR.,                    No.  2:23-cv-1130 DJC CKD

12              Plaintiff,

13        v.

14   DANIEL E. CUEVA, et al.,                    FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17        On February 9, 2024, plaintiff's second amended complaint was dismissed with leave to

18   amend.  The third amended complaint was due May 31, 2024, and plaintiff has not filed a third

19   amended complaint.

20        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, plaintiff may file written objections

25   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

26   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

27   /////

28   /////

                                              1

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

Cir. 1991).

Dated:  June 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
deeg1130.fta

2