UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. CUEVA, et al.,<br><br>Defendants. | No.  2:23-cv-1130 DJC CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On June 17, 2024, the court recommended that this action be dismissed for plaintiff's failure to file a third amended complaint. Because plaintiff filed a third amended complaint on August 7, 2024, however, the court's findings and recommendations will be vacated.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

The court has reviewed plaintiff's third amended complaint and finds that plaintiff may proceed on claims against defendants Carter and Mathews arising under the Eighth Amendment for exposing plaintiff to harmful conditions of confinement.

1

At this point, plaintiff has two options: proceed on the claims identified above or file a fourth amended complaint in an attempt to cure deficiencies with respect to the other claims and defendants in plaintiff's third amended complaint. If plaintiff chooses to proceed on the claims described above, the court will construe this as a request to voluntarily dismiss the additional claims and defendants pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

With respect to plaintiff's claim for injunctive relief, the Eighth Amendment protects inmates from exposure to a substantial risk of serious physical harm. Farmer v. Brennan, 511 U.S. 825, 834 (1994). The court accepts plaintiff's representation that asbestos remains to some degree at CMF and that black mold exists as well. But plaintiff does not point to anything specific indicating that he has been subject to enough exposure and / or the type of exposure to amount to a violation of the Eighth Amendment. To state a claim for injunctive relief under the Eighth Amendment, plaintiff would have to provide details as to where he encounters black mold or asbestos and then show that the nature of the contact with either substance amounts to a substantial risk of serious harm.

Also, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's fourth amended complaint complete. Local Rule 220 requires that any amended complaint be complete without reference to any prior pleading.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's June 17, 2024, findings and recommendations are vacated.

2. Plaintiff can proceed immediately on the claims described herein. In the alternative, plaintiff may choose to file a fourth amended complaint to fix the deficiencies with respect to the remaining claims.

3. Within 21 days from the date of this order, plaintiff shall complete and return the attached Notice of Election form notifying the court whether he wants to proceed on the screened third amended complaint or whether he wants time to file a fourth amended complaint.

/////
/////
/////

4. If plaintiff fails to return the attached Notice of Election within the time provided, the court will construe this failure as consent to dismiss the deficient claims and proceed only on the cognizable claims identified above.

Dated: October 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
deeg1130.option

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL E. CUEVA, et al., <br><br> Defendants | No. 2:23-cv-1130 DJC CKD P <br><br><br> NOTICE OF ELECTION |

**Check only one option:**

\_\_\_\_\_ 1. Plaintiff wishes to proceed on a claims arising under the Eighth Amendment against defendants Mathews and Carter

\_\_\_\_\_ 2. Plaintiff wants time to file a fourth amended complaint.

DATED:

_____

Plaintiff

4