UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, JR., | No. 2:23-cv-1130 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL E. CUEVA, et al., | |
| Defendants. | |

Plaintiff seeks leave to file a fourth amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's third amended complaint is dismissed;

2. Plaintiff is granted 30 days within which to file a fourth amended complaint;

3. As to the contents of the fourth amended complaint, plaintiff shall consult the court's February 9 and October 2, 2024, orders; and

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 23, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/deeg1130.lta