UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. CUEVA, et al.,<br><br>Defendants. | No.  2:23-cv-1130 DJC CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a fourth amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a fourth amended complaint.  Failure to file a fourth amended complaint will result in a recommendation that this action be dismissed without prejudice.

Dated:  December 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
deeg1130.36(2)

1