1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SIDNEY ROSS DEEGAN, JR.,                    No.  2:23-cv-1130 DJC CKD P

12                Plaintiff,

13        v.                                     ORDER

14   DANIEL E. CUEVA, et al.,

15                Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 28, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff has not filed objections to the findings and recommendations.

24        The Court presumes that any findings of fact are correct.  *See Orand v. United*

25   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26   are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

27   (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

28   recommendations to be supported by the record and by the Magistrate Judge's

                                          1

1   analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.  The findings and recommendations filed March 28, 2025 are adopted in full;

4   and

5         2.  All claims other than claims for damages against defendants Carter and

6   Mathews arising under the Eighth Amendment for exposing plaintiff to harmful

7   conditions of confinement are dismissed without leave to amend; and

8         3.  This matter is referred back to the assigned Magistrate Judge for all further

9   pretrial proceedings.

10

11        IT IS SO ORDERED.

12  Dated:   **May 7, 2025**

13                                          Hon. Daniel J. Calabretta
                                            UNITED STATES DISTRICT JUDGE

2